IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGIONS BANK,<br><br>      Plaintiff,<br><br>v.<br><br>CROWN GLOBAL INVESTMENTS, INC., NEXGEN PARTNERS LLC, AKBAR ABDULREHMAN ALIDINA, AMYN A. ALIDINA, ALMAS ABDULREHMAN ALIDINA, and ABDUL R. ALIDINA,<br><br>      Defendants. | Civil Action File<br>No. 1:22-cv-00084-MLB |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Regions Bank and Defendants Crown Global Investments, Inc., Nexgen Partners LLC, Akbar Abdulrehman Alidina, Amyn A. Alidina, Almas Abdulrehman Alidina, and Abdulrehman Alidina a/k/a Abdul R. Alidina, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that this action is hereby dismissed without prejudice.  The parties shall bear their own costs.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE.]

This 23rd day of August, 2022.

| **BURR & FORMAN LLP** | **MASON CARTER LLC** |
|---|---|
| */s/ Brian J. Levy* <br> Erich N. Durlacher <br> Georgia Bar No. 235563 <br> edurlacher@burr.com <br> Brian J. Levy <br> Georgia Bar No. 302518 <br> blevy@burr.com <br> 171 17th Street NW <br> Suite 1100 <br> Atlanta, Georgia 30363 <br> Telephone: (404) 815-3000 <br> Facsimile: (404) 817-3244 <br><br> COUNSEL FOR PLAINTIFF REGIONS BANK | */s/ William Paul Mason (by BJL w/ express permission)* <br> William Paul Mason <br> Georgia Bar No. 475710 <br> wpmason@masonlawfirm.net <br> 45 Technology Parkway South <br> Suite 240 <br> Peachtree Corners, Georgia 30092-3455 <br> Telephone: 770-399-6450 <br> Fax: 770-399-6471 <br> COUNSEL FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the attorneys of record.

This 23rd day of August, 2022.

                              **BURR & FORMAN LLP**

                              */s/ Brian J. Levy*
                              Erich N. Durlacher
                              Georgia Bar No. 235563
                              edurlacher@burr.com
                              Brian J. Levy
                              Georgia Bar No. 302518
                              blevy@burr.com
                              171 17th Street NW
                              Suite 1100
                              Atlanta, Georgia 30363
                              Telephone:  (404) 815-3000
                              Facsimile:   (404) 817-3244

                              COUNSEL FOR PLAINTIFF
                              REGIONS BANK